IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BYRON L. CONWAY,                                                                                    PLAINTIFF
ADC #113285

v.                                              5:11-cv-00051-JTK

ROLAND ANDERSON, et al.                                                                      DEFENDANTS

## ORDER

Plaintiff's Motion to Voluntarily Dismiss Defendant Roland Anderson (Doc. No. 27) is GRANTED. Defendant Anderson is DISMISSED from Plaintiff's Complaint, without prejudice.

IT IS SO ORDERED this 7th day of September, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE